**OPP**
NAMIT BHATNAGAR
273 Great Duke Ave.
Las Vegas, Nevada 89183
Telephone (702) 896-9989
Plaintiff in Proper Person

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| NAMIT BHATNAGAR, ) | CASE NO.: 2:10-cv-00914-PMP-LRL |
| Plaintiff, ) | |
| vs. ) | **PLAINTIFF'S OPPOSITION TO REMOVAL OF CIVIL ACTION FROM STATE COURT TO UNITED STATES DISTRICT COURT** |
| MEDCO HEALTH, LLC ) | |
| Defendant. ) | |

COMES NOW Plaintiff, NAMIT BHATNAGAR, in Proper Person and hereby submits his Opposition to Removal of Civil Action From State Court To United States District Court.

Plaintiff, NAMIT BHATNAGAR, strongly opposes Defendant's Notice for removal of the above entitled action from the Eighth Judicial District Court in and for the County of Clark, State of Nevada, pursuant to 28 U.S.C. section 1441 and 1446 and states as follows:

1. On May 13, 2011, Plaintiff filed his Complaint in the Eighth Judicial District Court of Clark County, Nevada entitled "Namit Bhatnagar vs. Medco Health, LLC, Case No.: A-11-641301-C.

2. Defendant was served with a copy of the Complaint and a Summons issued by the State Court on or about May 16, 2011.

3. On or about June 6, 2011, Defendant filed its Notice in Federal Court for Removal of Civil Action from State Court.

4. On June 6, 2011, the United States District Court, District of Nevada, ordered the parties to file a statement regarding removed action by June 24, 2011 and a Joint Status Report

1

1  regarding the removed action by July 9, 1011.

2      5. In the above entitled action, Plaintiff had not alleged any violation of Federal
3  Statutes in his Complaint.

4      6. In this action, Plaintiff claims do not exceed $75,000.00.

5      7. The subject Agreement between Plaintiff and Defendant was signed in Nevada
6  and governed by the Statutes of Nevada (NRS).

7      8. Plaintiff's Agreement does not require interpretation and application of a
8  Collective Bargaining Agreement as stated by Defendant.

9      9. No Federal Law is involved in the action and the United States District Court,
10 District of Nevada, would not be the proper venue for this case.

11     10. It would not be the proper jurisdiction for this Court to have Trial of this case
12 under the provisions of 28 U.S.C. section 1441 and 1446.

13     WHEREFORE, Plaintiff prays that the above referenced action must not be
14 removed from its original and proper jurisdiction of the Eighth Judicial District Court for the
15 County of Clark, State of Nevada.

17     DATED this 24th day of June, 2011.

*[signature]*

NAMIT BHATNAGAR
273 Great Duke Ave.
Las Vegas, Nevada 89183
Telephone (702) 896-9989
Plaintiff in Proper Person

**VERIFICATION**

STATE OF NEVADA      )
                     )ss.
COUNTY OF CLARK      )

NAMIT BHATNAGAR, under penalty of perjury, being first duly sworn, deposes and says: That he is the Plaintiff in the above-entitled action; that he has read the foregoing Plaintiff's Opposition to Removal of Civil Action From State Court to United States District Court and knows the contents thereof; that the same is true of his own personal knowledge, except for those matters therein contained stated upon information and belief, and as to those matters, he believes them to be true.

DATED this 24th day of June, 2011.

_____
NAMIT BHATNAGAR

SUBSCRIBED and SWORN to before me this 24 day of June, 2011.

_____
NOTARY PUBLIC

APRIL PORRES
Notary Public, State of Nevada
Appointment No. 09-9159-1
My Appt. Expires May 22, 2012

**ACKNOWLEDGMENT**

STATE OF NEVADA      )
                     )ss.
COUNTY OF CLARK      )

On this 24 day of June, 2011, before me, the undersigned Notary Public in and for said County and State, personally appeared NAMIT BHATNAGAR, known to me to be the person described in and who executed the foregoing Plaintiff's Opposition to Removal of Civil Action From State Court to United States District Court, and who acknowledged to me he did so freely and voluntarily and for the uses and purposes therein mentioned.

SUBSCRIBED AND SWORN to before me this 24th day of June, 2011.

_____
NOTARY PUBLIC

APRIL PORRES
Notary Public, State of Nevada
Appointment No. 09-9159-1
My Appt. Expires May 22, 2012

1  COM
NAMIT BHATNAGAR
2  273 Great Duke Ave.
Las Vegas, Nevada 89183
3  Telephone (702) 896-9989
Plaintiff in Proper Person
4

5  **UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
6

7  NAMIT BHATNAGAR,                       )   CASE NO.: 2:10-cv-00914-PMP-LRL
                                          )
8            Plaintiff,                   )
                                          )   **PLAINTIFF'S OPPOSITION TO**
9       vs.                               )   **REMOVAL OF CIVIL ACTION**
                                          )   **FROM STATE COURT TO**
10 MEDCO HEALTH, LLC                      )   **UNITED STATES DISTRICT COURT**
                                          )
11           Defendant.                   )
                                          )
12

13                    **CERTIFICATE OF MAILING**

14
         I, P.K. BHATNAGAR, hereby certify that on the 24th day of June, 2011, the foregoing
15
Opposition To Removal of Civil Action From State Court To United States District Court was mailed
16
to the following person(s) by mailing a copy thereof, via U.S. First Class Mail, postage prepaid to:
17

18                    JACKSON LEWIS LLP
                      GARY C. MOSS
19                    PAUL T. TRIMMER
                      3690 Howard Hughes Parkway, Suite 450
20                    Las Vegas, Nevada 89169
                      Attorneys for Defendant
21

22       DATED this 24th day of June, 2011.

23                                                       /s/ P.K. BHATNAGAR
24

25

26

27

28