UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

NAMIT BHATNAGAR, an individual,,

Plaintiff,

vs.

MEDCO HEALTH , LLC, a foreign Limited Liability Company,

Defendant.

2:11-CV-00914-PMP-LRL

**ORDER**

Before the Court for consideration is Defendant Medco Health, LLC's Motion to Dismiss (Doc. #6) filed June 20, 2011.  Plaintiff Bhatnagar having failed to file a timely response, and it appearing that Defendant Medco is entitled to the relief requested on the merits of it's motion,

**IT IS ORDERED that** Defendant Medco Health, LLC's Motion to Dismiss (Doc. #6) is **GRANTED**.

DATED: July 18, 2011.

_____
PHILIP M. PRO
United States District Judge