UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NAMIT BHATNAGAR, an individual, | 2:11-CV-00914-PMP-LRL |
| Plaintiff, | **ORDER** |
| vs. | |
| MEDCO HEALTH LLC, a foreign Limited Liability Company doing business n Nevada, | |
| Defendants. | |

The Court having read and considered Plaintiff Bhatnagar's Motion to Reconsider its Order Dated July 18, 2011, (Doc. #17), Defendant Medco Health LLC's Response in Opposition thereto (Doc. #18) and Plaintiff's Reply (Doc. #19), and good cause appearing,

**IT IS ORDERED that** Plaintiff Bhatnagar's Motion to Reconsider its Order Dated July 18, 2011, (Doc. #17) is **DENIED**.

DATED: August 29, 2011.

_____
PHILIP M. PRO
United States District Judge